**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00381-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VINCENT MICHAEL VALDEZ,

    Defendant.

---

**ORDER SETTING TRIAL DATE AND RELATED DEADLINES**

---

    This matter comes before the Court for the setting of a trial date and related deadlines upon the entry of a Discovery Conference Memorandum and Order. Accordingly, it is hereby ORDERED as follows:

    A.    All pretrial motions shall be filed by no later than **October 18, 2011**. Responses to these motions shall be filed by no later than **October 28, 2011**. No reply shall be permitted without prior leave of Court. If a party believes an evidentiary hearing on a pretrial motion is necessary, a written request for same must be made by no later than the pretrial motion deadline;

    B.    The Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Memorandum and Order and/or Fed. R. Crim. P. 16, unless prior to filing the motion counsel for the moving party has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to resolve the disputed matter. If the parties are unable to resolve the dispute,

the moving party shall state in the motion the specific efforts which were taken to comply with this Order to Confer.  Counsel for the moving party shall submit a proposed order with all motions, opposed and unopposed.  Opposed disclosure or discovery motions which do not demonstrate meaningful compliance with this Order to Confer will be stricken;

  C. Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the pretrial motion deadline, and any challenges to such experts shall be made by said deadline;

  D. Disclosures regarding rebuttal expert witnesses shall be made one week after the pretrial motion deadline, and any challenges to such rebuttal experts shall be made no later than two weeks after said deadline;

  E. Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.  Change of Plea Hearings will generally be set for the same time as the Final Trial Preparation Conference;

  F. A Final Trial Preparation Conference is hereby set for **November 8, 2011 at 4:15 p.m.** in Courtroom A801. Lead counsel who will try the case must attend in person.  All non-evidentiary motions not previously ruled on will be addressed at the time of the Final Trial Preparation Conference.

  G. The parties shall also be prepared to address some or all of the following issues at the Final Trial Preparation Conference, as warranted by the facts and circumstances of the case: 1) jury selection; 2) sequestration of witnesses; 3) timing of

presentation of witnesses and evidence; 4) anticipated evidentiary issues, including the need for scheduling of hearings outside the presence of the jury; 5) proposed *voir dire* questions; 6) stipulations as to fact or law; 7) whether a trial brief would be of assistance to the Court and, if so, as to what issues and of what length; and 8) any other issue affecting the duration or course of the trial.

H. A 3-day jury trial is hereby set to commence in the U.S. District Courthouse, Courtroom A801, 901 19th Street, Denver, Colorado, on **November 21, 2011 at 8:00 a.m.**

I. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

DATED this 27th day of September, 2011.

BY THE COURT:

William J. Martínez
United States District Judge